(July 27, 1984)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HILLARY BEST, Petitioner, v EUGENE LEFEVRE, as Superintendent of Clinton Correctional Facility, Respondent. — Application, pursuant to CPLR 7002 (subd [b], par 2), for writ of habeas corpus denied (CPLR 7003, subd [b]). Mahoney, P. J., Weiss, Mikoll, Yesawich, Jr., and Harvey, JJ., concur.